THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE CLAUDE KIMMONS, Defendant-Appellant.

(No. 71-271; )

Second District—July 26, 1972.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Ralph Ruebner, of Elgin, (Frederick F. Cohn, of counsel,) for appellant.

William Ketcham, State's Attorney, of Geneva, (W. Ben Morgan and Leo Wotan, Jr., Assistant State's Attorneys, both of Elgin, and William Vanderwater, of Aurora, of counsel,) for the People.